UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 25-cv-01280-HSG<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

Plaintiff filed a complaint with the Court on February 6, 2025, and a motion for leave to proceed *in forma pauperis*. Dkt. Nos. 1, 2. The Court opened a new action pursuant to these filings. However, the complaint is almost identical[1] to the complaint filed in C No. 25-cv-0314 HSG, *McElroy v. Dep't. of Corr., et al.* ("*McElroy I*"). *Compare* Dkt. No. 1 *with McElroy I*, Dkt. No. 1. Accordingly, the Court presumes that this case was opened in error and ORDERS the Clerk to administratively close this case. Because this case was opened in error, the Clerk of the Court shall not charge a filing fee. The Clerk shall terminate as moot the request to proceed *in forma pauperis*. Dkt. No. 2. The Clerk of the Court is directed to file the complaint in this action (Dkt. No. 1) in C No. 25-cv-0314 HSG, *McElroy v. Dep't. of Corr., et al*.

**IT IS SO ORDERED.**

Dated:   2/12/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The only difference between the two complaints is that one or two dates are different.